B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Virginia

In re **Lester Wayne Howdyshell, Jr.**
**Amy Lynn Howdyshell**
Debtor(s)

Case No. **23-50426**
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
## IN ADVERSARY PROCEEDING

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy (none), or agreed to be paid to me post-petition, for post-petition services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the student loan adversary filed on bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services related to a student loan discharge, I have agreed to accept | $ **2,500.00** |
   | Prior to the filing of this statement I have received | $ **250.00** |
   | Balance Due | $ **2,250.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Representation in post-petition student loan discharge adversary under the Guidance as issued Nov. 2022.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **No other services.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

6/18/2024
*Date*

/s/Malissa L. Giles
**Malissa L. Giles**
*Signature of Attorney*
**Giles and Lambert, P.C.
129 E. Campbell Ave., Suite 300
PO Box 2780
Roanoke, VA 24001
540-961-2000   Fax: 540-981-9327
mgiles@gileslambert.com**
*Name of law firm*

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| In re:<br>**Lester Wayne Howdyshell, Jr.**<br>**Amy Lynn Howdyshell**<br><br><br>**Debtor(s)** | Chapter 7<br><br>Case No **23-50426** |
|---|---|

## CERTIFICATION REGARDING AMENDED SCHEDULES OR STATEMENTS

On , the Debtor(s) filed amended schedules or statements (check the applicable box below):

☑ These amended schedules or statements do not list any creditors or parties not listed on the matrix originally filed with the petition in this case.

☐ These amended schedules or statements do add creditors but the creditors are listed on the mailing matrix previously filed with this Court. I have paid the related filing fee for adding these creditors As of the date of this certification the mailing matrix in this case includes all creditors listed on the bankruptcy schedules, as amended.

☐ These amended schedules or statements do add creditors, and the creditors were not listed on the mailing matrix previously filed with this Court. Accordingly I have taken the following actions: (a) I have updated the mailing matrix to add all creditors not previously listed on the mailing matrix, and as of the date of this certification the mailing matrix in this case includes all creditors listed on the bankruptcy schedules, as amended, (b) I have paid the related filing fee for adding these creditors, and (c) on , I sent the Notice of Bankruptcy and § 341(a) creditors' meeting notice to the following creditors in the manner described as follows (add extra pages if necessary):

I hereby certify that the foregoing is true and correct.

Date:   **6/18/2024**                          /s/Malissa L. Giles
                                               **Malissa L. Giles**
                                               Counsel for Debtor(s)

I hereby certify under penalty of perjury that the foregoing is true and correct.

_____          _____
Debtor (if applicable)                    Joint Debtor (if applicable)

CertAmdScheds010819