

**SIGNED THIS 5th day of June, 2025**

/s/ Rebecca B. Connelly
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LESTER WAYNE HOWDYSHELL, JR. | ) | Case No. 23-50426 |
| | ) | |
| AMY LYNN HOWDYSHELL, | ) | |
| | ) | |
| Debtor | ) | |

| | | |
|---|---|---|
| AMY LYNN HOWDYSHELL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 24-05004 |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendant | ) | |

### ORDER APPROVING STIPULATION TO
### DISCHARGE OF STUDENT LOAN

The United States and Plaintiff agree Plaintiff is entitled to discharge of the Department of Education loan obligations totaling the sum of $78,982.54, plus any further accrued interest.

On motion of the United States of America, it is hereby

1

O R D E R E D

That the agreed stipulation of the discharged of student loans is approved. The Clerk will send electronic notification of the entry of this order to the parties.

**END OF ORDER**

REQUESTED:

/s/ G. Riley Worrell
G. Riley Worrell
Assistant United States Attorney

SEEN AND AGREED:

/s/ Malissa L. Giles
Malissa L. Giles, Esq.
Counsel for the Debtor